IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. HERAKOVIC, | ) | CIVIL ACTION NO.: 1:23-cv-01326 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE ARMSTRONG |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant.[3] | ) | |

ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, and issuance of a new decision.

Date: 2/29/2024                    Entered:  s/*Jennifer Dowdell Armstrong*

---

[3] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).